IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:06CR53** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MARIO BALQUIER, JR.,** | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the motion of Mary C. Gryva to withdraw as counsel for the defendant, Mario Balquier, Jr. [8].  Since retained counsel, Carlos A. Monzon, has entered an appearance for the defendant [9], the motion to withdraw [8] is granted.  Mary C. Gryva shall be deemed withdrawn as attorney of record and shall forthwith provide Carlos A. Monzon with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Gryva which are material to the defendant's defense.

    **IT IS SO ORDERED.**

    DATED this 14th day of July, 2006.

                                                       BY THE COURT:

                                                       s/ F.A. Gossett
                                                       United States Magistrate Judge