# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **United States of America,** ) | |
| ) | **8:06CR53** |
| Plaintiff, ) | |
| ) | |
| vs. ) | **SCHEDULING ORDER** |
| ) | |
| **Mario Balquier, Jr.,** ) | |
| ) | |
| Defendant. ) | |

    IT IS ORDERED that the following is set for hearing on **September 14, 2006** at **10:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    - Unopposed Motion for Release Upon Conditions [17] filed by the defendant

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 22nd day of August, 2006.

                          BY THE COURT:

                          s/ F.A. Gossett
                          United States Magistrate Judge