IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:06CR53 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARIO BALQUIER, Jr., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Mario Balquier, Jr.'s ("Defendant") un-opposed motion to continue review of detention hearing, Filing No. 25.

IT IS ORDERED that Defendant's detention hearing is rescheduled to **October 13, 2006, at 1:30 p.m.**, before the undersigned in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 18th day of September, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE